**BORO DEVELOPERS, INC., Bruce H. Shapiro and Frederick J. Shapiro, Petitioners,**

v.

**BONOVITACOLA ELECTRIC CONTRACTOR, INC., Local Union No. 654 International Brotherhood of Electrical Workers, Local Union No. 98 International Brotherhood of Electrical Workers, Steven F. Marino, Esquire, David H. Conroy, Esquire and Marino Associates, Respondents.**

Supreme Court of Pennsylvania.

Sept. 17, 2007.

### *ORDER*

PER CURIAM.

The Petition of Allowance of Appeal is **GRANTED,** and the Order of the Superior Court is **REVERSED.** It is also ordered that this case be **REMANDED** to the Superior Court to remand this matter to the trial court with instructions to **VACATE** its order, sustaining the preliminary objections filed by Local Union No. 654 International Brotherhood of Electrical Workers and transferring the action to the Court of Common Pleas of Philadelphia County. Pa.R.C.P. No. 1006(c)(1),(e); *Zappala v. Brandolini Property Management, Inc.,* 589 Pa. 516, 909 A.2d 1272, 1281 (2006).

Justice SAYLOR would allow the appeal and address the matter by written opinion after briefing and argument.